UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSUMER FINANCIAL )<br>PROTECTION BUREAU, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-1197 (APM) |

**DEFENDANT CONSUMER FINANCIAL PROTECTION BUREAU'S COMBINED REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

# PLEASE SEE DOCKET ENTRY 15 FOR DUPLICATE IMAGE

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Combined Reply In Support Of Its Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion for Summary Judgment and the ccompanying Defendant's Response To Plaintiff's Statement of Material Facts and a proposed order, has been made through the Court's electronic transmission facilities on this 30th day of December, 2019.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov