UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSUMER FINANCIAL PROTECTION )<br>BUREAU, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1197 (APM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robert A. Caplen as counsel for Defendant in the above-captioned case substituting for Assistant United States Attorney W. Mark Nebeker, whose appearance should be withdrawn.

Respectfully submitted,

TIMOTHY J. SHEA, DC Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov